1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10    PETER CASEY CRUZ,                          1:13-cv-00988-LJO-EPG-PC

11              Plaintiff,                        FINDINGS AND RECOMMENDATIONS,
                                                  RECOMMENDING THAT THIS ACTION
12        vs.                                     PROCEED ONLY AGAINST DEFENDANT
                                                  HAMRICK ON PLAINTIFF'S FOURTEENTH
13    PAMELA AHLIN, et al.,                       AMENDMENT MEDICAL CLAIM, AND
                                                  THAT ALL OTHER CLAIMS AND
14              Defendants.                       DEFENDANTS BE DISMISSED

15                                                OBJECTIONS, IF ANY, DUE IN 20 DAYS

16

17        Peter Casey Cruz ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The case now proceeds on the

19   First Amended Complaint filed by Plaintiff on January 7, 2015. (ECF No. 10.) The First

20   Amended Complaint names defendants Jonathan Hamrick, M.D., Pamela Ahlin, Audrey King,

21   Don Duncan, John Doe 1 (medical director at Coalinga State Hospital ("CSH")), Jane Doe 1

22   (registered nurse at CSH), and Does 2 to 10 (various employees at CSH), and alleges claims for

23   inadequate medical care, and claims under the Americans with Disability Act and the Unruh

24   Act.

25        The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A

26   and found that it states a cognizable medical claim under § 1983 against Jonathan Hamrick,

27   M.D. (ECF No. 12.) On February 11, 2016, Plaintiff was granted leave to either file an

28   amended complaint or notify the court that he is willing to proceed only on the claim found

cognizable by the Court.  (Id.)  On March 17, 2016, Plaintiff filed a notice informing the court that he is willing to proceed only on the cognizable medical claim against defendant Jonathan Hamrick, M.D.  (ECF No. 13.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1.   This action proceed only against defendant Jonathan Hamrick, M.D, on Plaintiff's claim for inadequate medical care under the Fourteenth Amendment;

2.   All remaining claims and defendants be dismissed from this action;

3.   Plaintiff's claims under the Americans with Disabilities Act and the Unruh Act be dismissed from this action based on Plaintiff's failure to state a claim; and

4.   Defendants Pamela Ahlin, Audrey King, Don Duncan, John Doe 1 (medical director at Coalinga State Hospital ("CSH")), Jane Doe 1 (registered nurse at CSH), and Does 2 to 10 (various employees at CSH), be dismissed from this action based on Plaintiff's failure to state any claims against them.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty (20) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **March 31, 2016**                    /s/ Erica P. Groj
                                                UNITED STATES MAGISTRATE JUDGE