UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CASEY CRUZ,<br>              Plaintiff,<br><br>v.<br><br>JONATHAN HAMRICK,<br>              Defendant. | Case No. 1:13-cv-00988-LJO-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>DATE: February 8, 2018<br>TIME: 9:00 a.m. (Via Video Conference) |

      PETER CASEY CRUZ, ID # CO-000679-1, a necessary and material witness for Plaintiff in proceedings in this case on February 8, 2018, is confined at Coalinga State Hospital, 24511 W. Jane Avenue, Coalinga, CA 93210, in the custody of the Executive Director. In order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee via video conference from his present place of detainment, to the United States Courthouse, 510 19th Street Bakersfield, CA 93301, on February 8, 2018, at 9:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Executive Director to produce (via video conference) the detainee named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court.

      2. The custodian is ordered to notify the Court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Executive Director of Coalinga State Hospital**

      **WE COMMAND** you to produce (via video conference) the detainee named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **January 8, 2018**                   /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE

