UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CASEY CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN HAMRICK,<br><br>    Defendant. | Case No. 1:13-cv-00988-LJO-EPG (PC)<br><br>AMENDED ORDER REQUIRING PLAINTIFF TO SUBMIT STATUS REPORT<br><br>14-DAY DEADLINE |

    Peter Casey Cruz ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff's response to Defendant's motion for summary judgment was due on May 7, 2018. (ECF No. 42). The deadline for Plaintiff to file a response has passed, and while Plaintiff did file a motion for sanctions (ECF No. 44), he did not file a response to the motion for summary judgment or request additional time to do so.

    In the abundance of caution, the Court will give Plaintiff fourteen days to either file a response to Defendant's motion for summary judgment or request additional time to do so. If Plaintiff files a motion for an extension of time based on lack of his legal properly, he must report on the steps he has taken to retrieve that property.[1]

---

[1] According to Executive Director Brandon Price, as of April 16, 2018, Plaintiff had not informed staff at Department of State Hospitals - Coalinga that legal materials were included in the property that was confiscated. (ECF No. 43). It appears that once Plaintiff follows the proper procedure, he will have access to his legal property.

Accordingly, IT IS ORDERED THAT Plaintiff has fourteen days from the date of service of this order to file a response to the motion for summary judgment or file a request for additional time to do so.

Failure to respond to this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **May 22, 2018**        /s/ Eric P. Gross
                               UNITED STATES MAGISTRATE JUDGE

---

(Id. at ¶ 19).

2